IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVE CANNON,
ADC #144002                                                                                          PLAINTIFF

v.                                          5:09CV00209HLJ

LARRY NORRIS, et al.                                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Larry Norris and Arkansas Department of Correction are DISMISSED from plaintiff's complaint for failure to state a claim.

IT IS SO ORDERED this 14th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE