IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVE CANNON                                                                          PLAINTIFF

v.                                          5:09CV00209HLJ

LARRY NORRIS, et al.                                                              DEFENDANTS

## ORDER

By Order dated October 19, 2009, this Court directed plaintiff to file an updated request to proceed in forma pauperis (IFP), in light of his release from incarceration (DE #26). Plaintiff has filed a response, in which he reasserts the claims of his complaint, but he has failed to include a new IFP request (DE #29). Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file an updated request to proceed in forma pauperis within fifteen days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2).

The Clerk is directed to forward to plaintiff an IFP application.

IT IS SO ORDERED this 4th day of November, 2009.

_____
United   States   Magistrate   Judge