IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVE CANNON                                                                                          PLAINTIFF

v.                                              5:09CV00209HLJ

LARRY NORRIS, et al.                                                                          DEFENDANTS

## ORDER

By Order dated August 26, 2009, the Court directed summons and service to be issued as to defendants. Although summons was issued as to defendant Green, such was misplaced and never received by the United States Marshal. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendant Green. The Clerk of the Court shall prepare summons for the defendant and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #6) and summons on defendant Green in care of the Arkansas Board of Correction and Community Punishment, P.O. Box 20550, Pine Bluff, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 12th day of January, 2010.

*Henry L. Jones, Jr.*
United States Magistrate Judge