IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVE CANNON                                                                                           PLAINTIFF

5:09CV00209HLJ

LARRY NORRIS, et al.                                                                              DEFENDANTS

ORDER

By Order dated August 7, 2009, this Court directed the issuance of summons and service on defendants. Summons was returned, unexecuted, as to defendant Bradley on September 24, 2009 (DE #21). By Order dated September 29, 2009, this Court directed defendants to provide the last-known address of defendant Bradley within ten days of the date of the Order. According to their response, however, defendants were unable to locate a Nurse Bradley in their employment system. Therefore, by Order dated October 19, 2009, this Court directed plaintiff to further identify defendant Bradley, or to provide the last-known address (DE #26). According to plaintiff's response, he mistakenly identified this defendant as "Nurse Bradley", and has discovered that the correct name for this defendant is Sharon King. The Court notes, however, that Sharon King was already named a defendant in this case, and has been served. Therefore, the Court will dismiss defendant Bradley from this case and will direct the Clerk to docket plaintiff's response (DE #29) as an amended complaint. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Nurse Bradley is hereby DISMISSED from plaintiff's complaint.

The Clerk is hereby directed to docket plaintiff's response (DE #29) as an amended complaint.

IT IS SO ORDERED this 22nd day of February, 2010.

_____
United States District Judge