IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVE CANNON                                                              PLAINTIFF

5:09CV00209JMM/HLJ

LARRY NORRIS, et al.                                                     DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motion for summary judgment filed by defendants Goodman, King, Landry, Reese, and Harris (DE #34) is GRANTED, and these defendants are dismissed without prejudice from plaintiff's complaint.

The Clerk is directed to update plaintiff's address as requested by the plaintiff in docket # 52.

IT IS SO ORDERED this 2nd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE