IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVE CANNON                                                                               PLAINTIFF

v.                                      5:09CV00209HLJ

LARRY NORRIS, et al.                                                       DEFENDANTS

ORDER

This matter is before the Court on defendant Green's motion for summary judgment (DE #47). As of this date, plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendant's motion for summary judgment within ten (10) days of the date of this Order. Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 16th day of March, 2010.

_____
United States Magistrate Judge