IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVE CANNON                                                                                          PLAINTIFF

5:09CV00209JTK

LARRY NORRIS, et al.                                                                               DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED for failure to exhaust. The relief sought is denied.

IT IS SO ADJUDGED this 27th day of April, 2010.

_____
United States Magistrate Judge

1